# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

SAMIRA MELAMED,

    Plaintiff(s),

v.

JAGUAR LAND ROVER NORTH AMERICA, LLC,

    Defendant(s).

Case No. 2:25-cv-00720-JCM-NJK

**Order**

    To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). A joint discovery plan must be filed by June 20, 2025.

    IT IS SO ORDERED.

    Dated: June 16, 2025

                                            Nancy J. Koppe
                                            United States Magistrate Judge