# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

SAMIRA MELAMED,

    Plaintiff(s),

v.

JAGUAR LAND ROVER NORTH AMERICA, LLC,

    Defendant(s).

Case No. 2:25-cv-00720-JCM-NJK

**Order**

Pending before the Court is an order to show cause arising out of Plaintiff's violation of the deadline to serve initial disclosures. Docket No. 17. Plaintiff and Plaintiff's counsel filed a response. Docket No. 19. In light of the representations that corrective action has been taken and that this issue will not rise again, *see id.* at 2, the Court will not impose monetary sanctions. Plaintiff and Plaintiff's counsel (Payam Yadidi) are **CAUTIONED** that they must comply with all orders moving forward. The order to show cause is otherwise **DISCHARGED**.

IT IS SO ORDERED.

Dated: September 11, 2025

                                                         Nancy J. Koppe
United States Magistrate Judge