RICHARD L. STUHLBARG (SBN 9698)
**BOWMAN AND BROOKE LLP**
970 West 190th Street, Suite 700
Torrance, California 90502
Telephone: (310) 768-3068
richard.stuhlbarg@bowmanandbrooke.com

MARIO D. VALENCIA (SBN 6154)
**ATTORNEY AT LAW, LLC**
40 S. Stephanie St., Ste. 201
Henderson, Nevada 89012
Telephone: (702) 384-7494
valencia.mario@gmail.com

*Attorneys for Defendant Jaguar Land Rover North America, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SAMIRA MELAMED, an individual<br><br>Plaintiff,<br><br>vs.<br><br>JAGUAR LAND ROVER NORTH AMERICA, LLC, a Delaware Limited Liability Company<br><br>Defendant. | Case No.: 2:25-cv-00720-JCM-NJK<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between plaintiff Samira Melamed and defendant Jaguar Land Rover North America, LLC, by and through their respective counsel of record, that the above-captioned action shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear their own attorneys' fees and costs. The parties have resolved this matter in its entirety and request the Court close the case with prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

1

33323265v5

DATED this 12th day of February, 2026.

**DRAKE LAW FIRM**

By: /s/*Laura E. Goolsby*
   Laura E. Goolsby (admitted *Pro Hac Vice*)
   19935 Ventura Blvd., Suite 202
   Woodland Hills, California 91364

   Reagan A. Weber (Bar No. 16151)
   **REGAN A. WEBER, ATTORNEY AT LAW, LLC**
   10300 W. Charleston Blvd., Suite 13-349
   Las Vegas, Nevada 89135

*Attorneys for Plaintiff*

DATED this 12th day of February, 2026.

**BOWMAN AND BROOKE LLP**

By: /s/ *Richard L. Stuhlbarg*
   Richard L. Stuhlbarg (Bar No. 9698)
   970 West 190th Street, Suite 700
   Torrance, California 90502

   Mario D. Valencia (Bar No. 6154)
   **MARIO D. VALENCIA**
   **ATTORNEY AT LAW, LLC**
   40 S. Stephanie St., Ste. 201
   Henderson, Nevada 89012

*Attorneys for Defendant Jaguar Land Rover North America, LLC*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: February 19, 2026
   _____

33323265v5

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of February, 2026, I electronically transmitted the foregoing **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants:

| | |
|---|---|
| Reagan A. Weber (SBN 16151)<br>**Attorney at Law LLC**<br>10300 W. Charleston Blvd., Suite 13-349<br>Las Vegas, Nevada 89135<br>Tel.: (702) 768-1961<br>Email: reaganweber@gmail.com<br><br>Attorneys for Plaintiff | Laura E. Goolsby (*pro hac vice*)<br>**Drake Law Firm**<br>19935 Ventura Blvd., Suite 202<br>Woodland Hills, California 91364<br>Tel: (888) 315-5721<br>Email: lgoolsby@drakelawgroup.com<br><br>Attorneys for Plaintiff |

_____
Employee of Bowman and Brooke LLP

3

33323265v5